**SAO**
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**KARISSA K. MACK, ESQ.**
Nevada Bar No. 12331
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com
kmack@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LELA MCGEE, individually,<br><br>       Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; DOES 1-V; and ROE CORPORATIONS II-V, inclusive,<br><br>       Defendants. | CASE NO.: 2:20-cv-00345-KJD-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL** |

Plaintiff, LELA McGEE, by and through her counsel of record, JUSTIN G. RANDALL, ESQ., of ER INJURY ATTORNEYS and Defendant, TARGET CORPORATION, by and through its counsel of record, LOREN S. YOUNG, ESQ. and KARISSA K. MACK, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, hereby stipulate and request that the Court move the trial stack by approximately one hundred twenty (120) days.  Pursuant to the Court's minute order dated January 18, 2023, the parties have met and conferred regarding trial in this matter scheduled for February 27, 2023 and considered the Court's master trial list, and, therefore that parties stipulate to continue trial to allow continuing negotiations and considering a proposal for binding arbitration.

Pursuant to Local Rules 6-1 and 26-3, and for good cause as set forth, discovery is completed and there is no further discovery that needs to be completed.

///

**Proposed Schedule for Continuing Trial:**

WHEREFORE, the parties request that this Court Continue Trial as follows:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Calendar Call | February 21, 2023 | **June 21, 2023** |
| Trial | February 27, 2023 | **June 27, 2023** |

DATED this 1st day of February, 2023.    DATED this 1st day of February, 2023.

**LINCOLN, GUSTAFSON & CERCOS**    **ER INJURY ATTORNEYS**

/s/ Karissa K. Mack, Esq.    /s/ Justin G. Randall, Esq.

**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**KARISSA K. MACK, ESQ.**
Nevada Bar No. 12331
7670 W Lake Mead, Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant, TARGET CORPORATION

**JUSTIN G. RANDALL, ESQ.**
Nevada Bar No. 12476
10845 Griffith Peak Dr., Suite 200
Las Vegas, Nevada 89135
Attorneys for Plaintiff,
LELA MCGEE

## ORDER

IT IS ORDERED that jury trial currently scheduled for February 27, 2023 is hereby vacated and continued to June 5, 2023 at the hour of 9:00 a.m. in courtroom 4A and calendar call currently scheduled for February 21, 2023 be vacated and continued to May 30, 2023 at the hour of 9:00 a.m. in courtroom 6B.

Dated this 6th day of February, 2023.

_____
United States District Judge

| | |
|---|---|
| **From:** | Justin Randall |
| **To:** | Loren Young |
| **Cc:** | Cheryl Giammona; Karissa Mack |
| **Subject:** | Re: McGhee v. Target |
| **Date:** | Wednesday, February 1, 2023 10:32:12 AM |

Ha. I'm good with this. You may use my e-signature.

On Wed, Feb 1, 2023 at 10:26 AM Loren Young <lyoung@lgclawoffice.com> wrote:

> I made reference to the Court's order so hopefully it sounds like we are "considering" what they want us to do
>
> **From:** Cheryl Giammona <CGiammona@lgclawoffice.com>
> **Sent:** Wednesday, February 1, 2023 10:24 AM
> **To:** Justin Randall <justin@erinjuryattorneys.com>
> **Cc:** Karissa Mack <kmack@lgclawoffice.com>; Loren Young <lyoung@lgclawoffice.com>
> **Subject:** RE: McGhee v. Target
>
> Good Morning Mr. Randall!
>
> Loren made a couple changes with the stipulation and order, I have attached it above. Please let us know if we have your approval for an e-signature and we can get this submitted today.
>
> **Cheryl Giammona**
>
> *Legal Assistant to*
>
> **Loren S. Young, Esq. – Managing Partner**
>
> **Karissa K. Mack, Esq. – Partner**
>
> **LINCOLN, GUSTAFSON & CERCOS LLP**
>
> **Experience.  Integrity.  Results.**
>
> **California   Nevada   Arizona**
>
> | | | |
> |---|---|---|
> | 550 West "C" Street, Suite 1400 | 7670 W Lake Mead Blvd, Suite 200 | 2415 E. Camelback Rd.,  Suite 700 |
> | San Diego, California  92101 | Las Vegas, Nevada  89128 | Phoenix, Arizona  85016 |
> | 619.233.1150;  619.233.6949 Fax | 702.257.1997; 702.257.2203 Fax | |
> | | | 602.606.5735; 602.508.6099 Fax |
>
> www.lgclawoffice.com
>
> The information contained in the text (and attachments) of this e-mail is privileged, confidential and only intended for the addressee(s). Nothing in this email or attachments is intended as tax advice and must not be relied upon in that regard.  Please consult your tax advisors.  You are not authorized to forward this email or attachments to anyone without the express written consent of the sender.
>
> **From:** Justin Randall <justin@erinjuryattorneys.com>
> **Sent:** Tuesday, January 31, 2023 2:56 PM
> **To:** Cheryl Giammona <CGiammona@lgclawoffice.com>
> **Cc:** Karissa Mack <kmack@lgclawoffice.com>
> **Subject:** Re: McGhee v. Target